STEPHANIE M. HINDS (CABN 154284)
United States Attorney

THOMAS COLTHURST (CABN 99493)
Chief, Criminal Division

ROBIN L. HARRIS (CABN 123364)
DAVID WARD (CABN 239504)
Assistant United States Attorneys

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Tel:    (415) 436-7016
    Fax:   (415) 436-7234
    robin.harris2@usdoj.gov
    david.ward@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>HARLAN KELLY, and<br>VICTOR MAKRAS,<br><br>    Defendants. | Case No. 3:21-cr-00402 RS<br><br>**STIPULATED AMENDED SCHEDULING ORDER**<br><br>Dept.:   Courtroom 3 – 17th Floor<br>Judge:  Hon. Richard Seeborg<br><br>Date Filed: May 10, 2022<br><br>Trial Date: August 15, 2022 |

On February 8, 2022 the parties stipulated to, and the Court granted, a scheduling order in this case. The parties have met and conferred and have agreed to a proposed modification to that scheduling order. Now, therefore, the parties hereby stipulate to the following amended proposed scheduling order.

1. By no later than May 10, 2022, the United States shall provide a description of the Rule 404(b) evidence it intends to use at trial.

2. On or before June 10, 2022, the parties shall serve a summary pursuant to Rule 16 of the Federal Rules of Criminal Procedure for each expert witness that they intend to call at trial in their case-in-chief.

3. After June 10, 2022, the parties will meet and confer and propose a schedule for other pretrial deadlines, using the Court's Standing Order for Jury Trials as a guide.

4. On July 27, 2022, the Court shall hold a pretrial conference.

5. On August 15, 2022, trial shall commence.

Respectfully submitted,

Dated: May 10, 2022  STEPHANIE HINDS
United States Attorney

By: */s/ David J. Ward*
ROBIN HARRIS
DAVID WARD
Assistant United States Attorneys

Dated: May 10, 2022

By: */s/ with Permission*
BRIAN H. GETZ

Attorneys for Defendant
HARLAN LEROY KELLY, JR.

Dated: May 10, 2022

By: */s/ with Permission*
JOHN W. KEKER
JAN NIELSEN LITTLE
CODY GRAY

Attorneys for Def. VICTOR MAKRAS

**THE FOREGOING STIPULATION IS APPROVED AND SO ORDERED.**

Dated: May 11, 2022

HONORABLE RICHARD SEEBORG
United States Chief District Judge