# TRANSCRIPT ORDER

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
CAND 435
(CAND Rev. 08/2018)

Please use one form per court reporter.
*CJA counsel please use Form CJA24*
Please read instructions on next page.

**COURT USE ONLY**
**DUE DATE:**

| Field | Value |
|---|---|
| 1a. CONTACT PERSON FOR THIS ORDER | Karen Bringola |
| 2a. CONTACT PHONE NUMBER | (415) 391-5400 |
| 3. CONTACT EMAIL ADDRESS | kbringola@keker.com |
| 1b. ATTORNEY NAME (if different) | John W. Keker |
| 2b. ATTORNEY PHONE NUMBER | (415) 391-5400 |
| 3. ATTORNEY EMAIL ADDRESS | jkeker@keker.com |
| 4. MAILING ADDRESS | Keker, Van Nest & Peters LLP, 633 Battery Street, San Francisco, CA 94111 |
| 5. CASE NAME | U.S. v. Kelly, et al. |
| 6. CASE NUMBER | 21-cr-00402-RS |
| 7. COURT REPORTER NAME | Marla Knox |

**8. THIS TRANSCRIPT ORDER IS FOR:** ☐ APPEAL  ☒ CRIMINAL  ☐ In forma pauperis  ☐ NON-APPEAL  ☐ CIVIL   CJA: Do not use this form; use Form CJA24.

**9. TRANSCRIPT(S) REQUESTED**

| DATE | JUDGE (initials) | TYPE (e.g. CMC) | PORTION | PDF (email) | TEXT/ASCII (email) | PAPER | CONDENSED (email) | ECF ACCESS (web) | ORDINARY (30-day) | 14-Day | EXPEDITED (7-day) | 3-DAY (Next day) | DAILY | HOURLY (2 hrs) | REALTIME |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 07/27/2022 | RS | Hrg | | ● | ● | ○ | ● | ○ | ○ | ○ | ○ | ● | ○ | ○ | ○ |

**10. ADDITIONAL COMMENTS, INSTRUCTIONS, QUESTIONS, ETC:**

**11. SIGNATURE:** /s/ John W. Keker

**12. DATE:** 07/28/2022

Clear Form   Save as new PDF