STEPHANIE M. HINDS (CABN 154284)
United States Attorney

THOMAS A. COLTHURST (CABN 99493)
Chief, Criminal Division

DAVID J. WARD (CABN 239504)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7200
    FAX: (415) 436-7230
    david.ward@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 21-CR-402 RS |
| Plaintiff, | **STIPULATION TO EXCLUDE TIME FROM NOVEMBER 3, 2022 TO JANUARY 17, 2023; AND [PROPOSED] ORDER** |
| v. | |
| HARLAN KELLY, | |
| Defendant. | |

On November 3, 2022, the Court denied defendant Harlan Kelly's motion to dismiss. *See Dkt. 191* (Filed Under Seal). A status date to set further proceedings on the case has not been set. The parties have met and conferred, and the defendant continues to review discovery. The parties therefore stipulate and request that the Court set a status hearing for January 17, 2023 at 9:30 a.m. for trial setting or setting a date for change of plea.

The parties further stipulate and ask the Court to exclude time from November 3, 2022 through January 17, 2023 under the Speedy Trial Act. 18 U.S.C. § 3161(h)(7)(A), (B)(iv). The government and counsel for the defendants agree that time be excluded under the Speedy Trial Act so that defense counsel can continue to prepare, including by reviewing discovery produced by the government. For

this reason, the parties stipulate and agree that excluding time until January 17, 2023 will allow for the effective preparation of counsel. *See* 18 U.S.C. § 3161(h)(7)(B)(iv).  The parties further stipulate and agree that the ends of justice served by excluding the time from November 3, 2022 through January 17, 2023 from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

The undersigned Assistant United States Attorney certifies that he has obtained approval from counsel for the defendant to file this stipulation and proposed order.

IT IS SO STIPULATED.

DATED: December 14, 2022                    /s/ *David J. Ward*
                                            DAVID J. WARD
                                            Assistant United States Attorney

DATED: December 14, 2022                    /s/ *w/ permission*
                                            BRIAN GETZ
                                            JONATHAN BAUM
                                            Attorneys for Defendant Harlan Kelly

**[PROPOSED] ORDER**

Based upon the facts set forth in the stipulation of the parties, and for good cause shown, the Court hereby finds that failing to exclude the time from November 3, 2022 through January 17, 2023 would unreasonably deny defense counsel and the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(7)(B)(iv).  The Court further finds that the ends of justice served by excluding the time from November 3, 2022 to January 17, 2023 from computation under the Speedy Trial Act outweigh the best interests of the public and the defendants in a speedy trial.

Therefore, and with the consent of the parties, IT IS HEREBY ORDERED that the time from November 3, 2022 to January 17, 2023 shall be excluded from computation under the Speedy Trial Act. 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

Further, IT IS HEREBY ORDERED that the parties appear before the Court on January 17, 2023 at 9:30 a.m. for a status hearing for setting of a change of plea or trial date.

IT IS SO ORDERED.

DATED: _____                              _____
                                                     HON. RICHARD SEEBORG
                                                     United States Chief District Judge