FILED
Jan 05 2023
Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | Case No.: 3:21-CR-00402-RS |
|---|---|
| Plaintiff, | [PROPOSED] ORDER GRANTING DEFENDANT'S EX PARTE REQUEST TO TRAVEL OUTSIDE THE NORTHERN DISTRICT OF CALIFORNIA |
| v. | |
| HARLAN KELLY, JR., | |
| Defendant. | Date:   On the Pleadings<br>Time:   On the Pleadings<br>Dept.   Courtroom F – 15th Floor<br>Judge:  Chief Mag. Judge Joseph C. Spero |

GOOD CAUSE APPEARING,

IT IS SO ORDERED that Defendant Ex Parte's Request to Travel Outside the Northern District of California is granted. Defendant Harlan Kelly Jr. shall travel to Los Angeles, California for four days from January 19, 2023 to January 23, 2023 to attend a wedding.

IT IS SO ORDERED.

DATED: January  5 , 2023

_____
The Honorable Thomas S. Hixson
United States Magistrate Judge