BRIAN H GETZ, ESQ. (CSBN: 85593)
LAW OFFICES OF BRIAN H GETZ
90 New Montgomery Street, Suite 1250
San Francisco, CA 94105
Telephone:    (415) 912-5886
Facsimile:    (415) 358-4770
Email:        brian@briangetzlaw.com

JONATHAN MATTHEW BAUM (CSBN: 303469)
STEPTOE & JOHNSON LLP
One Market Street
Spear Tower, Suite 3900
San Francisco, CA 94105
Telephone:    (510)735-4558
Email:        jbaum@steptoe.com

Attorneys for Defendant
HARLAN KELLY, JR.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | Case No.: 3:21-CR-00402-RS |
|---|---|
| Plaintiff, | **DEFENDANT HARLAN KELLY JR.'S WITNESS LIST** |
| v. | |
| HARLAN KELLY, JR., | Dept.    Courtroom 3 – 17th Floor |
| | Judge:    Hon. Richard Seeborg |
| Defendant. | Trial Date:    June 26, 2023 |

Defendant HARLAN KELLY, JR. hereby submits the attached list of witnesses he may call to testify during his case-in-chief at trial. Mr. Kelly reserves the right to supplement and/or modify this list as appropriate.

1.   Alaric Degrafinried

2.   Barry White

- 2 -

| | | |
|---|---|---|
| 1 | 3. | Burt Hamrol |
| 2 | 4. | David Mitchell |
| 3 | 5. | David Newman |
| 4 | 6. | Ivy Fine |
| 5 | 7. | Lucis Valle |
| 6 | 8. | Lihmeei Leu |
| 7 | 9. | Maria Lopez |
| 8 | 10. | Mary Tienken |
| 9 | 11. | Oscar Cauich |
| 10 | 12. | Paul O'Neill |
| 11 | 13. | Randy Parent |
| 12 | 14. | T.J. Hicks |

DATED: May 22, 2023

Respectfully submitted,
LAW OFFICES OF BRIAN H GETZ

 */s/ Brian H Getz*
BRIAN H GETZ, ESQ.
Attorney for Defendant
HARLAN KELLY, JR.