1  THOMAS A. COLTHURST (CABN 99493)
   Attorney for the United States
2
   KATHERINE L. WAWRZYNIAK (CABN 252751)
3  Chief, Criminal Division

4  DAVID WARD (CABN 239504)
   KRISTINA GREEN (NYBN 5226204)
5  Assistant United States Attorneys

6     450 Golden Gate Avenue, Box 36055
      San Francisco, California 94102-3495
7     Tel:    (415) 436-7200
      Fax:    (415) 436-7234
8     david.ward@usdoj.gov
      kristina.green@usdoj.gov
9

10 Attorneys for United States of America

11                    UNITED STATES DISTRICT COURT

12                   NORTHERN DISTRICT OF CALIFORNIA

13                        SAN FRANCISCO DIVISION

14 UNITED STATES OF AMERICA,           Case No. 3:21-cr-00402 RS
                                         ORDER
15              Plaintiff,             **JOINT STIPULATION RE: FINANCIAL
                                       INSTITUTION**
16      v.
                                       Dept.:    Courtroom 3 – 17th Floor
17 HARLAN KELLY,                       Judge:    Hon. Richard Seeborg

18              Defendant.             Trial Date: June 26, 2023

IT IS HEREBY STIPULATED AND AGREED, between plaintiff, the United States of America, by its undersigned counsel, and defendant, Harlan Kelly, by his undersigned counsel, that Quicken Loans (a/k/a Rocket Mortgage) is a financial institution as defined by 18 U.S.C § 20.

Respectfully submitted,

Dated: May 26, 2023

THOMAS A. COLTHURST
Attorney for the United States

By: /s/
DAVID WARD
KRISTINA GREEN
Assistant United States Attorneys

Dated: May 26, 2023

By: /s/
BRIAN H. GETZ
LAW OFFICES OF BRIAN H. GETZ
Attorney for Defendant KELLY

By: /s/
JONATHAN BAUM
STEPTOE & JOHNSON
Attorney for Defendant KELLY

**THE FOREGOING STIPULATION IS APPROVED AND SO ORDERED.**

Dated: June 8, 2023

HONORABLE RICHARD SEEBORG
United States Chief District Judge