THOMAS A. COLTHURST (CABN 99493)
Attorney for the United States

KATHERINE L. WAWRZYNIAK (CABN 252751)
Chief, Criminal Division

DAVID WARD (CABN 239504)
KRISTINA GREEN (NYBN 5226204)
Assistant United States Attorneys

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102-3495
   Tel:   (415) 436-7200
   Fax:   (415) 436-7234
   david.ward@usdoj.gov
   kristina.green@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 3:21-cr-00402 RS |
| Plaintiff, | ORDER<br>**JOINT STIPULATION RE: WIRE TRANSMISSIONS** |
| v. | Dept.:   Courtroom 3 – 17th Floor<br>Judge:   Hon. Richard Seeborg |
| HARLAN KELLY, | |
| Defendant. | Trial Date: June 26, 2023 |

IT IS HEREBY STIPULATED AND AGREED, between plaintiff, the United States of America, by its undersigned counsel, and defendant, Harlan Kelly, by his undersigned counsel, that the following wire transmissions occurred on or about the dates set forth below. The parties further stipulate that the wire transfer involved a wire communication in interstate or foreign commerce:

| Date | Wire Transmission |
|---|---|
| 3/25/2016 | $418.95 (USD) Charge, Chow Tai Fook Jewellery Co. Ltd., Hong Kong, on Contractor #1's American Express card, number ending 51005 |
| 3/26/2016 | $615.41 (USD) Charge, Intercontinental HK Harbourside Restaurant, Hong Kong, on Contractor #1's American Express credit card, number ending 51005 |
| 3/30/2016 | $2,011.40 (USD) Charge, Mira Hong Kong, on Contractor #1's American Express credit card number ending 51005 |
| 8/11/2017 | Email from Jaidin Consulting to KELLY with water damage repair invoices totaling $23,326.69 |

Respectfully submitted,

Dated: May 26, 2023                THOMAS A. COLTHURST
                                   Attorney for the United States

                             By:   */s/*
                                   DAVID WARD
                                   KRISTINA GREEN
                                   Assistant United States Attorneys

Dated: May 26, 2023

                             By:   */s/*
                                   BRIAN H. GETZ
                                   LAW OFFICES OF BRIAN H. GETZ
                                   Attorney for Defendant KELLY


                             By:   */s/*
                                   JONATHAN BAUM
                                   STEPTOE & JOHNSON
                                   Attorney for Defendant KELLY

**THE FOREGOING STIPULATION IS APPROVED AND SO ORDERED.**

Dated: June 8, 2023

_____
HONORABLE RICHARD SEEBORG
United States Chief District Judge