THOMAS A. COLTHURST (CABN 99493)
Attorney for the United States

KATHERINE WAWRZYNIAK (CABN 252751)
Chief, Criminal Division

DAVID WARD (CABN 239504)
KRISTINA GREEN (NYBN 5226204)
Assistant United States Attorneys

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Tel:    (415) 436-7200
    Fax:    (415) 436-7234
    david.ward@usdoj.gov
    kristina.green@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) | CR 21-00402 RS |
|---|---|---|
| | ) | ORDER |
| Plaintiff, | ) | NOTICE OF DISMISSAL OF COUNT SIX OF |
| | ) | SUPERSEDING INDICTMENT |
| v. | ) | |
| | ) | |
| HARLAN KELLY, JR, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the Attorney

for the United States for the Northern District of California dismisses Count Six of the above

superseding indictment against Defendant Harlan Kelly.

Counts One through Five and Counts Seven through Nine will remain as alleged.

DATED:  June 14, 2023                 Respectfully submitted,

*Thomas A. Colthurst*
———————————————
THOMAS A COLTHURST
Attorney for the United States

NOTICE OF DISMISSAL
No. CR 21-0402 RS_____

1    Leave is granted to the government to dismiss Count Six of the superseding indictment against

2 Defendant Harlan Kelly.  Counts One through Five and Counts Seven through Nine will remain as

3 alleged.

4

5 Date: June 22, 2023

HON. RICHARD SEEBORG
6 Chief United States District Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

NOTICE OF DISMISSAL
No. CR 21-0402 RS_____