BRIAN H GETZ, ESQ. (CSBN: 85593)
LAW OFFICES OF BRIAN H GETZ
90 New Montgomery Street, Suite 1250
San Francisco, CA 94105
Telephone:   (415) 912-5886
Facsimile:   (415) 358-4770
Email:       brian@briangetzlaw.com

JONATHAN MATTHEW BAUM (CSBN: 303469)
STEPTOE & JOHNSON LLP
One Market Street
Spear Tower, Suite 3900
San Francisco, CA 94105
Telephone:   (510)735-4558
Email:       jbaum@steptoe.com

Attorneys for Defendant
HARLAN KELLY, JR.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>HARLAN KELLY, JR.,<br><br>Defendant. | Case No.: 3:21-CR-00402-RS<br><br>**DEFENDANT HARLAN KELLY JR.'S AMENDED WITNESS LIST**<br><br>Dept.    Courtroom 3 – 17th Floor<br>Judge:   Hon. Richard Seeborg<br><br>Trial Date:   June 26, 2023 |

Defendant HARLAN KELLY, JR. hereby submits the attached list of witnesses he may call to testify during his case-in-chief at trial. Mr. Kelly reserves the right to supplement and/or modify this list as appropriate.

   1.    Alaric Degrafinried

   2.    Barry White

- 2 -

3. Burt Hamrol
4. Carolyn Diamond
5. David Mitchell
6. Ivy Fine
7. Lihmeei Leu
8. Lucia Valle
9. Maria Little
10. Maria Lopez
11. Mary Tienken
12. Oscar Cauich
13. Paul O'Neill
14. Randy Parent
15. T.J. Hicks

DATED: June 23, 2023

Respectfully submitted,
LAW OFFICES OF BRIAN H GETZ

*/s/ Brian H Getz*
BRIAN H GETZ, ESQ.
Attorney for Defendant
HARLAN KELLY, JR.