BRIAN H GETZ, ESQ. (CSBN: 85593)
LAW OFFICES OF BRIAN H GETZ
90 New Montgomery Street, Suite 1250
San Francisco, CA 94105
Telephone: (415) 912-5886
Facsimile:  (415) 358-4770
Email: brian@briangetzlaw.com

JONATHAN MATTHEW BAUM (CSBN: 303469)
STEPTOE & JOHNSON LLP
One Market Street
Steuart Tower, Suite 1070
San Francisco, CA 94105
Telephone: (510)735-4558
Email: jbaum@steptoe.com

Attorneys for Defendant
HARLAN KELLY, JR.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERIA,<br><br>Plaintiff,<br><br>vs.<br><br>HARLAN KELLY, JR.,<br><br>Defendant. | Case No.: 3:21-CR-00402-RS<br><br>**DEFENDANT HARLAN KELLY, JR.'S MOTION TO DENY GOVERNMENT'S REQEUST FOR INTERPRETER**<br><br>Date:      June 29, 2023<br>Time:     8:00 a.m.<br>Dept.     Courtroom 3 – 17th Floor<br>Judge:   Hon. Richard Seeborg |

I.    **INTRODUCTION**

Today, on the second day of his criminal trial, Defendant Harlan Kelly, Jr. was informed by the Government for the first time that its lead cooperating witness, Walter Wong, intends to testify against him through a Cantonese-language interpreter. Many facts make this appear to

defense counsel be a bad-faith request designed to interfere with Defendant's Constitutional right to cross examination, including the following:

> Walter Wong has resided in the United States for nearly 50 years, and has maintained a business and personal relationship with the Defendant for two decades where they have communicated exclusively in English;

> As part of the present investigation, Walter Wong met with the FBI and the United States Attorneys Office at least 18 times between February 2020 and June 2023. Reports of these meetings do not indicate that an interpreter was ever present;

> Walter Wong has made numerous court appearances in his own criminal case, Case No. 3:20-cr-00257-WHO, including his change of plea hearing before Judge Orrick on July 6, 2020, and he has not previously required the services of an interpreter;

> All of the interactions with Defendant and other San Francisco officials that Walter Wong is expected to testify about in this case occurred in English.

## II.  ARGUMENT

"A defendant who communicates well in English and has no primary reliance on a foreign language is not entitled to an interpreter under the Court Interpreters Act, 28 U.S.C. § 1827(d)(1)." *United States v. Catalano*, 974 F.2d 1343 (9th Cir. 1992). In that case, the Ninth Circuit held that an interpreter should not be appointed in a matter where "the court record is replete with instances where [the witness] communicated extensively and exclusively in English," "conducted drug negotiating and trafficking in English," where "[a] lengthy interview between Catalano and two FBI agents was conducted in English," and where the witness participated in prior court hearings in English. The circumstances in *Catalano* are strikingly similar to the present case, where Mr. Wong is known to have conducted business and personal affairs in English, has given numerous interviews to the FBI in English, allegedly engaged in

criminal conduct in English, and has participated in other court hearings without requiring an interpreter.

Procedurally, when a party objects to the appointment of an interpreter, the Court is required to "conduct[] a thorough hearing with the informant outside the presence of the jury[.]" *United States v. Salsedo*, 607 F.2d 318, 320 (9th Cir. 1979). In *Salsedo*, the Ninth Circuit explained that appointment of an interpreter was appropriate when the court concluded after such a hearing that the witness "was 'not fluent in English'." *Id.*

Pursuant to this authority, Defendant respectfully requests the Court to conduct a hearing to determine whether Mr. Wong is able to understand counsel's questions and is "capable of testifying without an interpreter." *Pietrzak v. United States*, 188 F.2d 418, 420 (5th Cir. 1951), cert. denied, 342 U.S. 824. Should the Court find that Mr. Wong is capable of testifying in English, Defendant requests that the Court deny his request for an interpreter.

DATED: June 28, 2023

Respectfully submitted,
STEPTOE & JOHNSON LLP

By: ___/s/ Jonathan Baum_____
JONATHAN BAUM
BRIAN H GETZ
Attorneys for Defendant
HARLAN KELLY, JR.