BRIAN H GETZ, ESQ. (CSBN: 85593)
LAW OFFICES OF BRIAN H GETZ
90 New Montgomery Street, Suite 1250
San Francisco, CA 94105
Telephone: (415) 912-5886
Facsimile:  (415) 358-4770
Email: brian@briangetzlaw.com

JONATHAN MATTHEW BAUM (CSBN: 303469)
STEPTOE & JOHNSON LLP
One Market Street
Steuart Tower, Suite 1070
San Francisco, CA 94105
Telephone: (510)735-4558
Email: jbaum@steptoe.com

Attorneys for Defendant
HARLAN KELLY, JR.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERIA,<br><br>Plaintiff,<br><br>vs.<br><br>HARLAN KELLY, JR.,<br><br>Defendant. | Case No.: 3:21-CR-00402-RS<br><br>**DEFENDANT HARLAN KELLY JR.'S PROPOSED ADDITIONAL JURY INSTRUCTION**<br><br>Judge:      Hon. Richard Seeborg |

        In addition to the proposed modified and additional jury instructions filed yesterday (Dkt. No. 286), the defense proposed one additional jury instruction:

DEFENDANT HARLAN KELLY JR.'S PROPOSED ADDITIONAL JURY INSTRUCTION

1

## **ADDITIONAL INSTRUCTION REQUESTED:**

2   A public official does not commit honest services fraud if his intent was limited to the

3  cultivation of a personal, business, or political friendship. Rather, the official must have had an

4  intent to be improperly influenced in his official duties.

5   A public official's receipt of hospitality does not defraud the public of its right to honest

6  services unless the public official accepts such hospitality with the intent to be influenced or

7  deceive the public.

8

9  **Authority:** *United States v. Kincaid-Chauncey*, 556 F.3d 923, 946 (9th Cir. 2009)

10

11

12

13  DATED: July 8, 2023

14   By: ___*/s/ Brian H Getz*_____
15   BRIAN H GETZ

16   Attorney for Defendant
   HARLAN KELLY, JR.

17

18

19

20

21

22

23

24

25

26

27

28

DEFENDANT HARLAN KELLY JR.'S PROPOSED ADDITIONAL JURY INSTRUCTION