# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

Case No: 21-cr-00402-RS-1
Case Name: <u>USA v. Kelly</u>

## TRIAL SHEET, EXHIBIT and WITNESS LIST

| JUDGE: | | PLAINTIFF ATTORNEY: | | DEFENSE ATTORNEY: |
|---|---|---|---|---|
| Richard Seeborg | | David Ward, Kristina Green | | Brian Getz, Jonathan Baum |
| **TRIAL DATE:** | | **REPORTER(S):** | | **CLERK:** |
| 7/10/2023 | | Ana Dub | | Corinne Lew |

| PLF NO. | DEF NO. | DATE/TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | **7/10/2023** | | | | |
| | | **8:13 – 8:25 am** | | | **Court and counsel discussing outside the presence of the jury re: witness testimony.** | |
| | | **8:45 am** | | | **Court and counsel present.** **Jury Present** | |
| | | **8:45 am** | | | **Defense calls witness David Carter. Sworn; Direct by Brian Getz.** | |
| 657 | | 7/10/2023 | X | X | | |
| | | **8:58 am** | | | **Cross of witness D. Carter by D. Ward.** | |
| | | **9:04 am** | | | **Re direct of witness D. Carter by B. Getz.** | |
| | | **9:06 am** | | | **Re cross of witness of D. Carter by D. Ward.** | |
| | | **9:07 am** | | | **Witness excused.** | |
| | | **9:08 am** | | | **Defense calls witness Lucia Valle. Sworn; Direct by B. Getz.** | |
| | 1140 | 7/10/2023 | X | X | | |
| | 1141 | 7/10/2023 | X | X | | |
| | 1142 | 7/10/023 | X | X | | |
| | | **9:16 am** | | | **Cross of witness L. Valle by D. Ward.** | |
| | | **9:19 am** | | | **Witness excused.** | |
| | | **9:20 am** | | | **Defense calls witness Maria Lopez. Sworn; Direct by B. Getz.** | |
| | 1121 | 7/10/2023 | X | X | | |
| | | **9:33 am** | | | **Cross of witness M. Lopez by Kristina Green.** | |
| | | **9:37 am** | | | **Witness excused.** | |
| | | **9:37 am** | | | **Defense calls witness Oscar Cauich. Sworn; Direct by B. Getz.** | |
| | | **9:44 am** | | | **Cross of witness O. Cauich by K. Green.** | |
| | | **9:49 am** | | | **Re direct of witness O. Cauich by B. Getz.** | |
| | | | | | | |

Case No: 21-cr-00402-RS-1
Case Name: USA v. Kelly
Date: July 10, 2023
Courtroom Deputy: Corinne Lew          - Court Reporter:      Ana Dub

## EXHIBIT and WITNESS LIST CONTINUED

| PLF NO. | DEF NO. | DATE/TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | 9:51 am | | | Re cross of witness O. Cauich by K. Green. | |
| | | 9:52 AM | | | Witness excused. | |
| | | 9:54 am | | | Defense calls witness Maria Little. Sworn; Direct by B. Getz. | |
| | 1279 | 7/10/2023 | X | X | | |
| | 1187 | 7/10/2023 | X | X | | |
| | 1191 | 7/10/2023 | X | X | | |
| | 1306 | 7/10/2023 | X | X | | |
| | 1186.006 | 7/10/2023 | X | X | | |
| | 1186.019 | 7/10/2023 | X | X | | |
| | 1192 | 7/10/2023 | X | X | | |
| | | 10:15 am | | | Court/Jury in recess – 15 minutes. | |
| | | 10:33 am | | | Court and counsel present. Jury Present. | |
| | | 10:33 am | | | Cross of witness M. Little by D. Ward. | |
| | | 10:59 am | | | Re direct of witness M. Little by B. Getz. | |
| | | 11:04 am | | | Witness excused. | |
| | | 11:05 am | | | Defense calls witness Carolyn Diamond. Sworn; Direct by B. Getz. | |
| | | 11:18 am | | | Cross of witness Carolyn Diamond by D. Ward. | |
| | | 11:21 am | | | Witness excused. | |
| | | 11:23 am | | | Jury excused for the day – return on July 11, 2023 at 8:30 am. | |
| | | 11:24 am | | | Court and counsel discussing matters outside the presence of the jury.  Mr. Kelly notified the Court he will not be testifying. | |
| | | 11:27 am | | | Court in recess. | |
| | | | | | | |
| | | | | | | |
| | | | | | | |