1  BRIAN H GETZ, ESQ. (CSBN: 85593)
   LAW OFFICES OF BRIAN H GETZ
2  90 New Montgomery Street, Suite 1250
   San Francisco, CA 94105
3  Telephone: (415) 912-5886
4  Facsimile:  (415) 358-4770
   Email: brian@briangetzlaw.com
5
6  JONATHAN MATTHEW BAUM (CSBN: 303469)
   STEPTOE & JOHNSON LLP
7  One Market Street
   Steuart Tower, Suite 1070
8  San Francisco, CA 94105
   Telephone: (510)735-4558
9  Email: jbaum@steptoe.com

10
   Attorneys for Defendant
11 HARLAN KELLY, JR.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| UNITED STATES OF AMERIA, | Case No.: 3:21-CR-00402-RS |
|---|---|
| Plaintiff, | **NOTICE REGARDING DEFENSE WITNESS RANDY PARENT** |
| vs. | |
| HARLAN KELLY, JR., | Judge:     Hon. Richard Seeborg |
| Defendant. | |

After the hearing today on the government's motion to exclude testimony of Randy Parent, defense counsel spoke by phone with Mr. Parent to discuss the logistics of his testimony tomorrow.

//

During that call, Mr. Parent volunteered that he had listened online to portions of the testimony of two witnesses, Ivy Fine and Alaric Degrafinried, on June 28-29. Mr. Parent stated that he had the Internet feed of the trial on "in the background while he was doing other things," and took several phone calls during their testimony. Mr. Parent said he did not listen closely to their testimony, and did not listen to the testimony of any other witnesses.

Because Mr. Parent remains noticed as an expert witness on certain topics, and the Court's order regarding exclusion applies to "all non-expert witnesses" (Dkt. No. 109, at 6), the defense does not view this information as problematic, but felt it important to provide it to the Court.

DATED: July 10, 2023

Respectfully submitted,

LAW OFFICES OF BRIAN H GETZ

By:  /s/ Brian H Getz
BRIAN H GETZ
JONATHAN M. BAUM
Attorneys for Defendant
HARLAN KELLY, JR.