NITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## CRIMINAL JURY TRIAL MINUTES

**Date:** July 13, 2023  **Time:** 15 minutes  **Judge:** RICHARD SEEBORG

**Case No.** 21-cr-00402-1 RS  **Case Name:** USA v. Harlan Kelly

**Attorney for Government:** David Ward, Kristina Green
**Attorney for Defendant:** Brian Getz, Jonathan Baum
**Defendant:** [X] Present   [ ] Not Present
**Defendant's Custodial Status:** [ ] In Custody   **[X] Not in Custody**

**Deputy Clerk:** Corinne Lew       **Court Reporter:** Ana Dub

**Voir Dire:** June 26, 2023

**Trial Start Date:** June 27, 2023

**Further Trial:** July 14, 2023

## PROCEEDINGS

Jury Trial – Held.
Jury Deliberations Continued.

## SUMMARY

Jury Deliberations continued to Friday, July 14, 2023 at 8:30 am.