UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Case No: 21-cr-00402-RS-1
Case Name: USA v. Kelly

TRIAL SHEET, EXHIBIT and WITNESS LIST

| JUDGE: | PLAINTIFF ATTORNEY: | DEFENSE ATTORNEY: |
|---|---|---|
| Richard Seeborg | David Ward, Kristina Green | Brian Getz, Jonathan Baum |
| TRIAL DATE: | REPORTER(S): | CLERK: |
| 7/13/2023 | Ana Dub | Corinne Lew |

| PLF NO. | DEF NO. | DATE/TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | **7/13/2023** | | | | |
| | | 8:20 – 8:25 am | | | **Court and counsel talking outside the presence of the jury re: juror #9 and replacing with an alternate juror.** | |
| | | 10:03 am | | | **Court and counsel present. Jury Present.** | |
| | | 10:03 – 10:04 am | | | **Alternate juror #2 replaced juror #9. The Court read the stipulated instruction to the jury.** | |
| | | 10:05 am | | | **Jury Deliberating** | |
| | | 10:20 am | | | **Jury note #2.** | |
| | | 10:31 – 10:40 am | | | **Court and counsel discussing jury note #2.** | |
| | | 4:00 pm | | | **Jury to return on July 14, 2023 at 8:30 am to continue deliberations.** | |