|   |   |   |
|---|---|---|
| UNITED STATES OF AMERICA, | | Case No. 3:21-cr-00402-RS |
| Plaintiff, | | VERDICT |
| v. | | |
| HARLAN KELLY, | | |
| Defendant. | | |

WE, THE JURY in this case, unanimously find the Defendant **HARLAN KELLY**:

1. __GUILTY__ (GUILTY / NOT GUILTY) of the offense of conspiracy to make a false statement or report to a financial institution as charged in Count 1 of the Indictment.

2. __GUILTY__ (GUILTY / NOT GUILTY) of the offense of making a false statement or report to a financial institution as charged in Count 2 of the Indictment.

3. __GUILTY__ (GUILTY / NOT GUILTY) of the offense of conspiracy to commit bank fraud as charged in Count 3 of the Indictment.

4. __GUILTY__ (GUILTY / NOT GUILTY) of the offense of bank fraud as charged in Count 4 of the Indictment.

5. __GUILTY__ (GUILTY / NOT GUILTY) of the offense of conspiracy to commit honest services wire fraud as charged in Count 5 of the Indictment.

6. __GUILTY__ (GUILTY / NOT GUILTY) of the offense of honest services wire fraud as charged in Count 7 of the Indictment.

7. __NOT GUILTY__ (GUILTY / NOT GUILTY) of the offense of honest services wire fraud as charged in Count 8 of the Indictment.

8. __NOT GUILTY__ (GUILTY / NOT GUILTY) of the offense of honest services wire fraud as charged in Count 9 of the Indictment.

DATED: July __14th__, 2023

_____
FOREPERSON
Laurent Le Gourriérec

JOINT PROPOSED FORM OF VERDICT
21-CR-00402 RS

2

1862337.v1