BRIAN H GETZ, ESQ. (CSBN 85593)
LAW OFFICES OF BRIAN H GETZ
90 New Montgomery Street, Suite 1250
San Francisco, CA  94105
Telephone:      (415) 912-5886
Facsimile:      (415) 358-4770
Email:          brian@briangetzlaw.com

Attorney for Defendant
HARLAN KELLY, JR.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>HARLAN KELLY, JR.,<br><br>Defendant. | Case No.: 3:21-CR-00402-RS<br><br>**DEFENDANT'S EX PARTE REQUEST TO TRAVEL OUTSIDE THE NORTHERN DISTRICT OF CALIFORNIA AND [PROPOSED] ORDER**<br><br>Date:      On the Pleadings<br>Time:      On the Pleadings<br>Dept.      Courtroom A – 15th Floor<br>Judge:      Mag. Judge Lisa J. Cisneros |

I, BRIAN H GETZ, say and depose:

      1.      I am an attorney at law duly licensed to practice law in the State of California and before this Court. I am counsel of record for Defendant, HARLAN KELLY, JR., in the above-referenced matter.

      2.      I make this Declaration in support of Defendant's Ex Parte Request to Travel Outside the Northern District of California.

      3.      I have personal knowledge of the facts stated herein and if called as a witness, I could testify competently to the matters set forth herein.

      4.      In 2020, Mr. Kelly established Diamond Management Consulting LLC to provide professional consultant services to businesses and agencies as a senior advisor. Recently, Mr. Kelly received an opportunity to collaborate with Union Service Company, Inc. (USC), a janitorial and

window washing company on resource management. U.S.C. has reached out to Mr. Kelly's

company to provide consulting services for their janitorial services at the Bellagio Hotel in Las

Vegas Nevada. Attached as **Exhibit A** is Mr. Kelly's description of the job.

       5.      Union Service Company, Inc. requires Mr. Kelly to travel to Las Vegas, Nevada

twice a month, for three days at a time. The duration of this project is unknown at this time. U.S.C.

has offered to pay for Mr. Kelly's travel and lodging for these business trips.

       6.      Mr. Kelly hereby requests to travel to Las Vegas, Nevada twice a month for three

days at a time upon the completion of this job.

       7.      Pretrial Services Officer, Josh Libby, has been advised of Mr. Kelly's request, and he

does not object.

       8.      DOJ attorney, David Ward, has been notified and he does not object.

       I declare under penalty of perjury that the foregoing is true and correct, except as to those

matters stated upon information and belief, and as to those matters, I believe them to be true.

       Executed on this day, the 10th of October 2023 in San Francisco, California.

DATED: October 10, 2023

                             Respectfully submitted,
                             LAW OFFICES OF BRIAN H GETZ

                           */s/ Brian H Getz*
                             BRIAN H GETZ
                             Attorney for Defendant
                             HARLAN KELLY, JR.

EX PARTE REQUEST TO TRAVEL OUTSIDE THE NORTHERN DISTRICT OF CALIFORNIA
CASE NO. 3:21-CR-00402-RS

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT A

EX PARTE REQUEST TO TRAVEL OUTSIDE THE NORTHERN DISTRICT OF CALIFORNIA
CASE NO. 3:21-CR-00402-RS

### Request for Permission to Travel for Work

I, Harlan Kelly, Jr., have established an LLC in 2020 named Diamond Management Consulting LLC to provide professional consultant service to businesses and Agencies as a Senior Advisor.  My areas of expertise include but not limited to:

1.  **Capital Programs:** Assisting with capital improvement programs, project control systems, scoping, and prioritizing projects, and developing contracting strategies.

2.  **Organization Assessment:** Conducting effective leadership assessments, improving, and managing large organizations, implementing organization change management, navigating complex governmental organizations, and assessing organizational efficiencies.

3.  **Stakeholder Engagement:** Engaging with the public and community and working with unions.

4.  **Policy Decision:** Participating in policy decision-making processes and rate-making progress.

5.  **Resource Management**: Developing job opportunities plans and youth programs.

6.  **Equity Analysis:** Analyzing equity in contracting, jobs, and decision-making regarding project locations.

7.  **Project Management Training:** Training staff in project management skills.

Despite the challenges posed by my current situation, I have recently been presented with an opportunity to collaborate with Union Service Company, Inc. (USC), a janitorial and window washing company on a resource management system for various projects. The initial project involves implementing a timekeeping system at the Bellagio Hotel in Las Vegas, Nevada. This would require my presence in Las Vegas to perform project initiation, requirement gathering, system design, development, testing, deployment, training, change management, and transition and support. The timeline for this project is flexible and can be adjusted according to my circumstances, but the project requires me to travel to Las Vegas one to two times a month, for three days at a time.

I kindly request the Court's permission to pursue these work opportunities outside the Northern District of California and travel as necessary to fulfill the responsibilities associated with this project.

I declare under penalty of perjury that the foregoing is true and correct, except as to those matters stated upon information and belief, and as to those matters, I believe them to be true.

Executed on this day, the 10th of October 2023 in San Francisco, California.

_____
Harlan Kelly, Jr.

1

2

3

4

5

6

7

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>    v.<br><br>HARLAN KELLY, JR.,<br><br>      Defendant. | Case No.: 3:21-CR-00402-RS<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT'S EX PARTE REQUEST TO TRAVEL OUTSIDE THE NORTHERN DISTRICT OF CALIFORNIA**<br><br>Date:    On the Pleadings<br>Time:    On the Pleadings<br>Dept.    Courtroom A – 15th Floor<br>Judge:   Mag. Judge Lisa J. Cisneros |

8

9

10

11

12

13

14

15

16 GOOD CAUSE APPEARING,

17 IT IS SO ORDERED that Defendant Ex Parte's Request to Travel Outside the Northern

18 District of California is granted. Defendant Harlan Kelly Jr. shall travel to Las Vegas, Nevada no

19 more than twice a month, for three days at a time, to complete his consulting work for Union

20 Service Company, Inc.

21 IT IS SO ORDERED.

22 DATED: October ___, 2023          _____

23                        The Honorable Lisa J. Cisneros<br>                       United States Magistrate Judge

24

25

26

27

28

[PROPOSED] ORDER GRANTING DEFENDANT'S EX PARTE REQUEST TO TRAVEL OUTSIDE
THE NORTHERN DISTRICT OF CALIFORNIA
CASE NO. 3:21-CR-00402-RS