# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>      v.<br><br>HARLAN KELLY, JR.,<br><br>      Defendant. | Case No.: 3:21-CR-00402-RS<br><br>**ORDER GRANTING STIPULATION TO CONTINUE HEARING DATE FOUR WEEKS**<br><br>Date:     January 30, 2024<br>Time:    9:30 AM<br>Dept.    Courtroom 3 – 17th Floor<br>Judge:   Hon. Richard Seeborg |

GOOD CAUSE APPEARING,

      After reviewing the Parties Stipulation to Continue the Sentencing Hearing Date Four (4) Weeks, it is ordered that the Sentencing Hearing will be scheduled for February 27, 2024 at __9:30__ a.m./~~p.m.~~ and Parties will submit their sentencing memorandums by February 20, 2024.

IT IS SO ORDERED.

DATED: December 28, 2023

_____
THE HONORABLE RICHARD SEEBORG
United States Chief District Judge